**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02809-CMA-CBS

DEVELOPERS SURETY AND INDEMNITY COMPANY,

    Plaintiff,

v.

DAVID G. DRAPER, and
JOANNE R. DRAPER,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to the parties' Stipulation for Dismissal Without Prejudice (Doc. # 9), signed by the attorneys for the parties hereto, and the Court having reviewed the Stipulation and being otherwise fully advised in the premises, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party to bear his, her, or its own costs and attorney fees.

DATED: December __03__, 2013

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Court Judge